## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24-cv-80434-KAM

LAWRENCE FELTZIN,

    Plaintiff,

v.

SHOPPES IN THE GARDENS SPE, LLC,

    Defendant.

_____/

## **PLAINTIFF'S NOTICE OF SETTLEMENT**

Plaintiff, LAWRENCE FELTZIN, hereby advises the Court that he has reached an agreement in principle to settle the instant case with Defendant, SHOPPES IN THE GARDENS SPE, LLC. The Plaintiff will file a Voluntary Dismissal with Prejudice dismissing this Action, no later than ten (10) days from the date of this Notice. Accordingly, the Plaintiff, respectfully requests that the Court vacate all currently set dates and deadlines on this case.

Respectfully submitted this May 23, 2024

                                      **THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
                                      *Attorneys for Plaintiff*
                                      5001 SW 74th Court, Suite 103
                                      Miami, FL, 33155
                                      Telephone: (305) 350-3103
                                      Primary E-Mail: ramon@rjdiegolaw.com

                                      By: \_\_\_*/s/ Ramon J. Diego*_____
                                      RAMON J. DIEGO
                                      Florida Bar No.: 68920


                                      **GARCIA-MENOCAL P.L.**
                                      *Attorneys for Plaintiff*
                                      350 Sevilla Avenue, Suite 200
                                      Coral Gables, Fl 33134

        Telephone: (305) 553-3464
        Primary E-Mail: bvirues@lawgmp.com
        Secondary E-Mail: amejias@lawgmp.com
        aquezada@lawgmp.com; jacosta@lawgmp.com

        By: ___/s/ Beverly Virues_____
            BEVERLY VIRUES
            Florida Bar No.: 123713
            ARMANDO MEJIAS
            Florida Bar No.: 1045152

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this May 23, 2024.

        Respectfully submitted,

        **THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
        *Attorneys for Plaintiff*
        5001 SW 74th Court, Suite 103
        Miami, FL, 33155
        Telephone: (305) 350-3103
        Primary E-Mail: ramon@rjdiegolaw.com

        By: ___/s/ Ramon J. Diego_____
        RAMON J. DIEGO