**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 9:24-cv-80434-KAM

LAWRENCE FELTZIN,

    Plaintiff,

v.

SHOPPES IN THE GARDENS SPE, LLC,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. Civ. P. 41(a)(1)(A)(i), Plaintiff, LAWRENCE FELTZIN, by and through his undersigned counsel, hereby gives notice of voluntary dismissal of this action with prejudice, as to Defendant, SHOPPES IN THE GARDENS SPE, LLC.

Dated May 24, 2024.

        **THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
        *Attorneys for Plaintiff*
        5001 SW 74th Court, Suite 103
        Miami, FL, 33155
        Telephone: (305) 350-3103
        Primary E-Mail: ramon@rjdiegolaw.com

        By: _/s/ Ramon J. Diego_____
        RAMON J. DIEGO
        Florida Bar No.: 68920

        **GARCIA-MENOCAL P.L.**
        *Attorneys for Plaintiff*
        350 Sevilla Avenue, Suite 200
        Coral Gables, Fl 33134
        Telephone: (305) 553-3464
        Primary E-Mail: bvirues@lawgmp.com

        Secondary E-Mail: amejias@lawgmp.com
        aquezada@lawgmp.com; jacosta@lawgmp.com

By: ___/s/_Beverly Virues_____
        BEVERLY VIRUES
        Florida Bar No.: 123713
        ARMANDO MEJIAS
        Florida Bar No.: 1045152

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record, this May 24, 2024.

        Respectfully submitted,

        **THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
        *Attorneys for Plaintiff*
        5001 SW 74th Court, Suite 103
        Miami, FL, 33155
        Telephone: (305) 350-3103
        Primary E-Mail: ramon@rjdiegolaw.com

By: ___/s/_Ramon J. Diego_____
        RAMON J. DIEGO