UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80434-CIV-MARRA

LAWRENCE FELTZIN,

Plaintiff,

   vs.

SHOPPES IN THE GARDENS SPE, LLC,

  Defendant.

_____/

### ORDER CLOSING CASE

This cause is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice (DE 8). This type of dismissal is self-executing. Upon the filing of such a dismissal, the Court is divested of jurisdiction. *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that all **PENDING MOTIONS** are **DENIED AS MOOT**. The Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 25th day of May, 2024.

KENNETH A. MARRA
United States District Judge